UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:20-cv-61697-AHS

HOWARD COHAN,

    Plaintiff,

vs.

COCONUT CREEK HOTEL M-RI, LLLP
a Florida Limited Liability Partnership
d/b/a RESIDENCE INN BY MARRIOTT

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

    The Plaintiff, HOWARD COHAN and the Defendant, COCONUT CREEK HOTEL M-RI, LLLP, a Florida Limited Liability Partnership, d/b/a RESIDENCE INN BY MARRIOTT, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED October 28, 2020.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Adam J. Hodkin** |
| Gregory S. Sconzo, Esq. | Adam J. Hodkin, Esq |
| Florida Bar No.: 0105553 | Florida Bar No.: 962597 |
| Sconzo Law Office, P.A. | HODKIN STAGE WARD, PLLC |
| 3825 PGA Boulevard, Suite 207 | Attorneys for Coconut Creek Hotel M-RI, LLLP |
| Palm Beach Gardens, FL 33410 | 54 SW Boca Raton Blvd |
| Telephone: (561) 729-0940 | Boca Raton, Florida 33432 |
| Facsimile: (561) 491-9459 | Phone: 561.810.1600 |
| Primary Email: greg@sconzolawoffice.com | Fax: 561.300.2128 |
| Secondary Email: alexa@sconzolawoffice.com | ahodkin@hswlawgroup.com |
| Attorney for Plaintiff | jshand@hswlawgroup.com |

1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 28, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                    **/s/ Gregory S. Sconzo**
                                                    **Gregory S. Sconzo, Esq.**