UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                                                      CASE NO.:  0:20-cv-61697-AHS

COCONUT CREEK HOTEL M-RI, LLLP
a Florida Limited Liability Partnership
d/b/a RESIDENCE INN BY MARRIOTT

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, COCONUT CREEK HOTEL M-RI, LLLP, a Florida Limited Liability Partnership, d/b/a RESIDENCE INN BY MARRIOTT, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against COCONUT CREEK HOTEL M-RI, LLLP, a Florida Limited Liability Partnership, d/b/a RESIDENCE INN BY MARRIOTT; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED December 21, 2020.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Adam J. Hodkin** |
| Gregory S. Sconzo, Esq. | Adam J. Hodkin, Esq |
| Florida Bar No.: 0105553 | Florida Bar No.: 962597 |
| Sconzo Law Office, P.A. | HODKIN STAGE WARD, PLLC |
| 3825 PGA Boulevard, Suite 207 | Attorneys for Coconut Creek Hotel M-RI, LLLP |
| Palm Beach Gardens, FL 33410 | 54 SW Boca Raton Blvd |
| Telephone: (561) 729-0940 | Boca Raton, Florida 33432 |
| Facsimile: (561) 491-9459 | Phone: 561.810.1600 |
| Primary Email: greg@sconzolawoffice.com | Fax: 561.300.2128 |
| Secondary Email: alexa@sconzolawoffice.com | ahodkin@hswlawgroup.com |
| Attorney for Plaintiff | jshand@hswlawgroup.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**